**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MISSOURI

Case number *(if known)* _____     Chapter ___11___

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Noble Health Real Estate L.L.C. |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 00-0000000 |

4. **Debtor's address**

| **Principal place of business** | **Mailing address, if different from principal place of business** |
|---|---|
| 10 South Hospital Drive 20 South Hospital Drive Fulton, MO 65251 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Callaway | **Location of principal assets, if different from principal place of business** |
| County | 10 South Hospital Dr20 South Hospital D Fulton, MO 65251 |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    Noble Health Real Estate L.L.C.                                    Case number (if known) _____
       Name

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☒ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☐ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5313

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply:*

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

| | District | When | Case number |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | Debtor | | Relationship |
|---|---|---|---|
| | Debtor _____ | | Relationship _____ |
| | District _____ | When _____ | Case number, if known _____ |

| Debtor | Noble Health Real Estate L.L.C. | Case number (*if known*) |
|---|---|---|
| | Name | |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No

☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☒ Other  It includes HIPAA protected medical records, medical supplies and medical equipment (e.g. imaging equipment) that need to continue to be secured.

**Where is the property?**   10 South Hospital Drive
20 South Hospital Drive
Fulton, MO, 65251

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☒ Yes.   Insurance agency   Unknown: Policy held by lender

Contact name   Unknown: Policy held by lender

Phone   (000) 000-0000

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**   .

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☒ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50   million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   Noble Health Real Estate L.L.C.                                      Case number (if known)
         Name

**Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or
imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**      The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.
**of authorized**
**representative of debtor**           I have been authorized to file this petition on behalf of the debtor.

                                        I have examined the information in this petition and have a reasonable belief that the information is true and correct.

                                        I declare under penalty of perjury that the foregoing is true and correct.

                                        Executed on    February 10, 2023
                                                       MM / DD / YYYY

                            **X** /s/ Zev M. Reisman                              Zev M. Reisman
                                Signature of authorized representative of debtor      Printed name

                                Title   General Manager / Corporate Secretary


**18. Signature of attorney**   **X** /s/ Ronald Weiss                          Date   February 10, 2023
                                    Signature of attorney for debtor                     MM / DD / YYYY

                                    Ronald Weiss 21215
                                    Printed name

                                    Berman DeLeve Kuchan and Chapman
                                    Firm name

                                    1100 Main St Suite 2850
                                    Kansas City, MO 64105
                                    Number, Street, City, State & ZIP Code

                                    Contact phone   (816) 471-5900     Email address   rweiss@bdkc.com

                                    21215 MO
                                    Bar number and State

Chance Humphrey
809 Court St
Fulton, MO 65251


City of Fulton
18 E 4th St.
Fulton, MO 65251


Fabick Power Systems
101 Fabick Dr.
Fenton, MO 63026


FMC Clinic LLC
620 East Monroe
Mexico, MO 65265


Garratt Callahan
340 S. LaLonde Ave.
Addison, IL 60101


Grainger
2535 Metro Blvd
Maryland Heights, MO 63043-2409


IFS: Integrated Facility Services
1055 Cassens Industrial Ct.
Fenton, MO 63026-2500


John McGrath
6020 State Road J
Fulton, MO 65251


Johnson Controls
District # 354 11360 lackland Rd
Saint Louis, MO 63146


Lead Bank
9019 State Route 7
Lees Summit, MO 64064


Light Source
3296 Richland Heights Rd.
Fulton, MO 65251


Linde Gas & Equipment Inc
Dept Ch 10660
Palatine, IL 60055-0660


Luminous Neon Inc
1 Compound Dr.
Hutchinson, KS 67502


Meyer Electric Co
3513 N Ten Mile Drive
Jefferson City, MO 65109

Noble Health Corp
620 East Monroe
Mexico, MO 65265


Phillips Lawn Care
3296 Richland Heights Rd
Fulton, MO 65251


Plumb Supply Co.
PO Box 310578
Des Moines, IA 50331-0578


Randy Railton
1202 West Seventh
Fulton, MO 65251


Socket
PO Box 1118
Columbia, MO 65205-1118


Spectrum
400 Atlantic Street
Stamford, CT 06901


Steve's Pest Control
190 N. Greenway Dr.
Holts Summit, MO 65043


Value Health Corp
11221 Roe Ave.
Leawood, KS 66211


Veristor Systems
4850 River Green Pkwy
Duluth, GA 30096


Wellington Environmental
607 Hanlet Industrial Ct
Saint Louis, MO 63114


Westlake Hardware
MO-019 PO Box 219370
Kansas City, MO 64121-9370

# United States Bankruptcy Court
## Western District of Missouri

In re    Noble Health Real Estate L.L.C.                            Case No.   _____

                                       Debtor(s)         Chapter    11  _____

## VERIFICATION OF MAILING MATRIX

The above-named Debtor(s) hereby verifies that the attached list of creditors is true and correct to the best of my knowledge and includes the name and address of my ex-spouse (if any).

Date:    February 10, 2023 _____        /s/ Zev M. Reisman _____

                                             Zev M. Reisman/General Manager / Corporate Secretary
                                             Signer/Title

**Fill in this information to identify the case:**

Debtor name    Noble Health Real Estate L.L.C.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)    _____

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.    Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☒    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
☒    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
☒    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
☐    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
☒    *Schedule H: Codebtors* (Official Form 206H)
☒    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
☐    Amended *Schedule*
☒    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
☐    Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    February 10, 2023          **X** /s/ Zev M. Reisman
                                        Signature of individual signing on behalf of debtor

                                        Zev M. Reisman
                                        Printed name

                                        General Manager / Corporate Secretary
                                        Position or relationship to debtor

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | Noble Health Real Estate L.L.C. |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MISSOURI |
| Case number (if known): | |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| Chance Humphrey 809 Court St Fulton, MO 65251 | | | | | | $0.00 |
| City of Fulton 18 E 4th St. Fulton, MO 65251 | | | | | | $44,850.99 |
| Fabick Power Systems 101 Fabick Dr. Fenton, MO 63026 | | | | | | $682.00 |
| Garratt Callahan 340 S. LaLonde Ave. Addison, IL 60101 | | | | | | $543.63 |
| Grainger 2535 Metro Blvd Maryland Heights, MO 63043-2409 | | | | | | $680.15 |
| IFS: Integrated Facility Services 1055 Cassens Industrial Ct. Fenton, MO 63026-2500 | | | | | | $24,585.00 |
| John McGrath 6020 State Road J Fulton, MO 65251 | | | | | | $0.00 |
| Johnson Controls District # 354 11360 lackland Rd Saint Louis, MO 63146 | | | | | | $1,692.00 |
| Linde Gas & Equipment Inc Dept Ch 10660 Palatine, IL 60055-0660 | | | | | | $905.44 |

Debtor  Noble Health Real Estate L.L.C.

Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Luminous Neon Inc 1 Compound Dr. Hutchinson, KS 67502 | | | | | | $63,610.39 |
| Meyer Electric Co 3513 N Ten Mile Drive Jefferson City, MO 65109 | | | | | | $2,421.76 |
| Phillips Lawn Care 3296 Richland Heights Rd Fulton, MO 65251 | | | | | | $1,100.00 |
| Plumb Supply Co. PO Box 310578 Des Moines, IA 50331-0578 | | | | | | $335.97 |
| Randy Railton 1202 West Seventh Fulton, MO 65251 | | | | | | $173.23 |
| Socket PO Box 1118 Columbia, MO 65205-1118 | | | | | | $8,810.11 |
| Spectrum 400 Atlantic Street Stamford, CT 06901 | | | | | | $1,616.57 |
| Steve's Pest Control 190 N. Greenway Dr. Holts Summit, MO 65043 | | | | | | $133.00 |
| Veristor Systems 4850 River Green Pkwy Duluth, GA 30096 | | | | | | $692.72 |
| Wellington Environmental 607 Hanlet Industrial Ct Saint Louis, MO 63114 | | | | | | $55,948.00 |
| Westlake Hardware MO-019 PO Box 219370 Kansas City, MO 64121-9370 | | | | | | $1,064.52 |

**Fill in this information to identify the case:**

Debtor name    Noble Health Real Estate L.L.C.

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.   **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
      Copy line 88 from *Schedule A/B*........................................................................   $    7,900,000.00

    1b. **Total personal property:**
      Copy line 91A from *Schedule A/B*....................................................................   $    0.00

    1c. **Total of all property:**
      Copy line 92 from *Schedule A/B*......................................................................   $    7,900,000.00

| Part 2: | Summary of Liabilities |
| --- | --- |

2.   **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................................   $    4,660,000.00

3.   **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
      Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................   $    0.00

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
      Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*...............................   +$    209,845.48

4.   **Total liabilities** ...........................................................................................................
   Lines 2 + 3a + 3b      $    4,869,845.48

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com       Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|
| Debtor name ___Noble Health Real Estate L.L.C.___ |
| United States Bankruptcy Court for the: ___WESTERN DISTRICT OF MISSOURI___ |
| Case number (if known) _____ |

☐ Check if this is an
amended filing

# Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property                    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☒ No.   Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☒ No.   Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☒ No.   Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☒ No.   Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☒ No.   Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.   Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

| Debtor | Noble Health Real Estate L.L.C. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☒ No.   Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☒ No.   Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.   Go to Part 10.
☒ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| | | | | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | Noble Health Real Estate L.L.C. | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

55.1.  Parcel Number:
13-04.0-18.0-40-004-0
01.002
Site Address: 10
HOSPITAL DR
FULTON, MO 65251
Legal Description: PT
SE PT LOT 1
WESTMINSTER
COLLEGE SUB. (TR
1A S5/486)
Section/Township/Ran
ge: 18 / 47 / 09
and
Parcel Number:
13-04.0-18.0-40-004-0
01.005
Site Address: 20
HOSPITAL DR
FULTON, MO 65251
Legal Description:
BUILDING LOCATED
ON LOT 1
WESTMINSTER SUB.
Section/Township/Ran
ge: 18 / 47 / 09.
Properties as
Described in Loan
#57398.
To the best of our
knowledge at this time,
and subject to further
investigation: Three
properties and two
actions; the numbers
are consolidated within    Equitable                         Lead Bank's
this loan, at this time.    interest        $7,900,000.00    Appraised Value:                $7,900,000.00
                                                            01/07/2020

---

56.  **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

$7,900,000.00

57.  **Is a depreciation schedule available for any of the property listed in Part 9?**
☒ No
☐ Yes

58.  **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

59. **Does the debtor have any interests in intangibles or intellectual property?**

☒ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☒ No.  Go to Part 12.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page  3

Debtor    Noble Health Real Estate L.L.C.                        Case number *(If known)*  _____
          Name

☐ Yes Fill in the information below.

Debtor    Noble Health Real Estate L.L.C.                                     Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.**   *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.....................................................................> | | $7,900,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $7,900,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $7,900,000.00 |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name    Noble Health Real Estate L.L.C.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

| 2. **List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | **Column A**<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | **Column B**<br>**Value of collateral that supports this claim** |
|---|---|---|

| 2.1 Lead Bank<br><br>Creditor's Name | Describe debtor's property that is subject to a lien<br>Parcel Number: 13-04.0-18.0-40-004-001.002Site Address: 10 HOSPITAL DR FULTON, MO 65251Legal Description: PT SE PT LOT 1 WESTMINSTER COLLEGE SUB. (TR 1A S5/486)Section/Township/Range: 18 / 47 / 09and Parcel Number: 13-04.0-18.0-40-004-001.005Site Address: 20 HOSPITAL DR FULTON, MO 65251Legal Description: BUILDING LOCATED ON LOT 1 WESTMINSTER SUB.Section/Township/Range: 18 / 47 / 09.Properties as Described in Loan #57398. To the best of our knowledge at this time, and subject to further investigation: Three properties and two actions; the numbers are consolidated within this loan, at this time. | $4,660,000.00 | $7,900,000.00 |
| 9019 State Route 7<br>Lees Summit, MO 64064<br>Creditor's mailing address | Describe the lien<br>First Mortgage<br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes | |
| Creditor's email address, if known | **Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Date debt was incurred**<br>08-06-2020<br>**Last 4 digits of account number**<br>8601 | | |
| **Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |

| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | $4,660,000.00 |
|---|---|---|

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

| Debtor | Noble Health Real Estate L.L.C. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| Name   and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name _Noble Health Real Estate L.L.C._

United States Bankruptcy Court for the: _WESTERN DISTRICT OF MISSOURI_

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims

12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☒ No. Go to Part 2.

☐ Yes. Go to line 2.

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address**<br>Chance Humphrey<br>809 Court St<br>Fulton, MO 65251<br><br>**Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No  ☐ Yes | Unknown |
| 3.2 | **Nonpriority creditor's name and mailing address**<br>City of Fulton<br>18 E 4th St.<br>Fulton, MO 65251<br><br>**Date(s) debt was incurred** _01/14/2022_<br>**Last 4 digits of account number** _4000_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No  ☐ Yes | $44,850.99 |
| 3.3 | **Nonpriority creditor's name and mailing address**<br>Fabick Power Systems<br>101 Fabick Dr.<br>Fenton, MO 63026<br><br>**Date(s) debt was incurred** _08-02-21_<br>**Last 4 digits of account number** _6467_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No  ☐ Yes | $682.00 |
| 3.4 | **Nonpriority creditor's name and mailing address**<br>Garratt Callahan<br>340 S. LaLonde Ave.<br>Addison, IL 60101<br><br>**Date(s) debt was incurred** _01/27/2021_<br>**Last 4 digits of account number** _2000_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No  ☐ Yes | $543.63 |
| 3.5 | **Nonpriority creditor's name and mailing address**<br>Grainger<br>2535 Metro Blvd<br>Maryland Heights, MO 63043-2409<br><br>**Date(s) debt was incurred** _09/07/2021_<br>**Last 4 digits of account number** _0251_ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br>Is the claim subject to offset? ☒ No  ☐ Yes | $680.15 |

| Debtor | Noble Health Real Estate L.L.C. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$24,585.00**

IFS: Integrated Facility Services
1055 Cassens Industrial Ct.
Fenton, MO 63026-2500

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 04/07/2021

**Last 4 digits of account number** 3758

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

John McGrath
6020 State Road J
Fulton, MO 65251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 01/03/2020

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,692.00**

Johnson Controls
District # 354
11360 lackland Rd
Saint Louis, MO 63146

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 06/01/2021

**Last 4 digits of account number** 2882

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **Unknown**

Light Source
3296 Richland Heights Rd.
Fulton, MO 65251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$905.44**

Linde Gas & Equipment Inc
Dept Ch 10660
Palatine, IL 60055-0660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/14/2021

**Last 4 digits of account number** 1562

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$63,610.39**

Luminous Neon Inc
1 Compound Dr.
Hutchinson, KS 67502

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 09/01/2021

**Last 4 digits of account number** 2611

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.12** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,421.76**

Meyer Electric Co
3513 N Ten Mile Drive
Jefferson City, MO 65109

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 09/07/2021

**Last 4 digits of account number** 1049

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.13** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,100.00**

Phillips Lawn Care
3296 Richland Heights Rd
Fulton, MO 65251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/01/2021

**Last 4 digits of account number** r538

**Basis for the claim:** _

Is the claim subject to offset? ☒ No   ☐ Yes

---

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Debtor | Noble Health Real Estate L.L.C. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.14** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $335.97

Plumb Supply Co.
PO Box 310578
Des Moines, IA 50331-0578

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 07/06/2021

**Basis for the claim:** _

**Last 4 digits of account number** 2823

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.15** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $173.23

Randy Railton
1202 West Seventh
Fulton, MO 65251

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 09/23/2021

**Basis for the claim:** _

**Last 4 digits of account number** 2021

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.16** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $8,810.11

Socket
PO Box 1118
Columbia, MO 65205-1118

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 09/01/2021

**Basis for the claim:** _

**Last 4 digits of account number** 1707

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.17** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,616.57

Spectrum
400 Atlantic Street
Stamford, CT 06901

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 10/03/2021

**Basis for the claim:** _

**Last 4 digits of account number** 2605

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.18** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $133.00

Steve's Pest Control
190 N. Greenway Dr.
Holts Summit, MO 65043

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 07/30/2021

**Basis for the claim:** _

**Last 4 digits of account number** 1022

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.19** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $692.72

Veristor Systems
4850 River Green Pkwy
Duluth, GA 30096

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 03/31/2021

**Basis for the claim:** _

**Last 4 digits of account number** 6571

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $55,948.00

Wellington Environmental
607 Hanlet Industrial Ct
Saint Louis, MO 63114

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 05/04/21

**Basis for the claim:** _

**Last 4 digits of account number** AWCH

Is the claim subject to offset? ☒ No   ☐ Yes

---

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1,064.52

Westlake Hardware
MO-019
PO Box 219370
Kansas City, MO 64121-9370

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 08/22/2021

**Basis for the claim:** _

**Last 4 digits of account number** 4909

Is the claim subject to offset? ☒ No   ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

| Debtor | Noble Health Real Estate L.L.C. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.   Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + $ | 209,845.48 |
| **5c. Total of Parts 1 and 2** Lines 5a + 5b = 5c. | 5c. $ | 209,845.48 |

**Fill in this information to identify the case:**

Debtor name    Noble Health Real Estate L.L.C.

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MISSOURI

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
     ☒ No. Check this box and file this form with the debtor's other schedules.   There is nothing else to report on this form.
     ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| **2.1**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.2**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.3**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.4**   State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name ___Noble Health Real Estate L.L.C.___

United States Bankruptcy Court for the: ___WESTERN DISTRICT OF MISSOURI___

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☒ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 FMC Clinic LLC | 620 East Monroe<br>Mexico, MO 65265 | Lead Bank | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 Noble Health Corp | 620 East Monroe<br>Mexico, MO 65265 | Lead Bank | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 Value Health Corp | 11221 Roe Ave.<br>Leawood, KS 66211 | Lead Bank | ☒ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com                                      Best Case Bankruptcy