631 (4/18)

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF MISSOURI**

F I L E D

2/28/23

Clerk, U.S. Bankruptcy Court
Western District of Missouri

| | | |
|---|---|---|
| In Re: | Noble Health Real Estate LLC<br>Debtor | )<br>)<br>) Case No.: 23−20051−drd11<br>) Chapter: 11<br>) |

**ORDER OF DISMISSAL**
**WITHOUT PREJUDICE**

    Pursuant to 11 U.S.C. sections 105(a), 521(i), 707(a)(2), and/or 727(a)(6)(A), these proceedings are dismissed. If the debtor owed filing fees at the time of dismissal, those fees are immediately due and payable. If filing fees remain unpaid and the debtor files a new case, an application to pay the filing fee in installments in the new case shall be denied.

    So ORDERED on 2/28/23 .

/s/  Dennis R. Dow
_____
UNITED STATES BANKRUPTCY JUDGE