UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MISSOURI

IN RE: Noble Health Real Estate LLC    )
                                               ) CASE NO: 23-20051-drd11
    Debtor.    )

### ENTRY OF APPEARANCE

Comes now Jacquelyn Brazas and enters her appearance as attorney for the City of Fulton, Missouri.

_____
Jacquelyn Brazas #64744
RILEY STINGLEY BRAZAS, P.C.
13 East Fifth Street
Fulton, MO 65251
573/ 642-7661
FAX 573/ 642-9417
jbrazas@rsb.law
ATTORNEYS FOR CITY OF FULTON

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that she did on the 29th day of March, 2023 serve a copy of the foregoing document upon all attorneys of record by electronic transmission through the court's CM/ECF system.

_____
Jacquelyn Brazas