**EXHIBIT B**

**TRACT I:**

Commencing at the Southwest corner of said Lot 1 of the Corrected Plat of Westminster College Subdivision No. 1, in Callaway County, Missouri, and with the lines thereof, South 89 degrees 29 minutes 50 seconds East, 164.79 feet; thence 30.00 feet along a 795.00 foot radius curve to the left, said curve having a chord, North 89 degrees 25 minutes 20 seconds East, 30.00 feet to the Point of Beginning; thence from the Point of Beginning, and leaving the lines of said Lot 1 of the Corrected Plat of Westminster College Subdivision No. 1, North 1 degree 27 minutes 40 seconds East, 588.00 feet; thence North 60 degrees 57 minutes 15 seconds East, 240.77 feet; thence South 84 degrees 09 minutes 00 seconds East, 240.23 feet; thence North 44 degrees 29 minutes 55 seconds East, 160.76 feet; thence North 63 degrees 11 minutes 45 seconds East, 74.52 feet to the East line of said Lot 1; thence with the lines thereof, 904.99 feet along a 625.00 foot radius non-tangent curve to the right, said curve having a chord, South 23 degrees 56 minutes 15 seconds West, 827.97 feet; thence 318.07 feet along a 795.00 foot radius curve to the right, said curve having a chord, South 76 degrees 52 minutes 45 seconds West, 315.95 feet to the Point of Beginning, subject to that part, if any, in streets, roadways, highways or other public right-of-ways.

EXCEPT THEREFROM a tract of land being a part of Lot 1 of the corrected Plat of Westminster College Subdivision # 1, a subdivision filed for public record in Plat Book 8, Page 12, of Callaway County Land Records, located in Section 18, Township 47 North, Range 9 West, Callaway County, Missouri, described as follows: Commencing at a point on the Northern right of way line of South Hospital Drive, 50 feet wide, said point being on the South boundary line of said Lot 1, said point bears North 89 degrees 18 minutes 24 seconds East, 39.17 feet from the Southwest corner of said Lot 1; thence leaving said right of way line along the projection of the Southeast wall of the existing Hospital North 49 degrees 45 minutes 02 seconds East, 582.58 feet to the corner of the existing wall; thence South 12 degrees 32 minutes 32 seconds East, 32.76 feet to the True Point of Beginning, thence South 40 degrees 14 minutes 58 seconds East, 32.87 feet to a point; thence South 49 degrees 45 minutes 02 seconds West, 39.33 feet to a point; thence North 40 degrees 14 minutes 58 seconds West, 32.87 feet to a point; thence North 49 degrees 45 minutes 02 seconds East, 39.33 feet to the True Point of Beginning.

**TRACT II:**

A non-exclusive easement created under and upon all the terms and conditions of that certain Signage Easement Agreement dated December 31, 2014 by and between Healthmont of Missouri, LLC, a Georgia limited liability company, as Grantor and Fulton Medical Center, LLC, a Missouri limited liability company, as Grantee, recorded December 31, 2014 as Document No. 201407133 in Book M452 at Page 444, over the following described property:

A tract of land, for the purpose of a Sign Easement, located in part of Section 18, Township 47 North, Range 9 West, Callaway County, Missouri, described as follows: Commencing at the Southeast corner of said Section 18; thence North 81 degrees 42 minutes 06 seconds West, 1040.69 feet to the Southwest corner of Lot 1, of the Corrected Plat of Westminster College Subdivision, recorded in Plat Book 8, Page 12, thence North 89 degrees 18 minutes 24 seconds East along the North right of way line of South Hospital Drive, 165.00 feet to a 1/2 inch iron pin at a point of curve; thence continuing along said North right of way line on a curve to the left having a central angle of 25 degrees 05 minutes 08 seconds, a radius of 795.00 feet, an arc distance of 348.07 feet, and a chord bearing and distance of North 76 degrees 45 minutes 50 seconds East, 345.30 feet to a point of compound curve; thence continuing along said right of way line in a Northeasterly to Northwesterly direction, on a curve to the left having a central angle of 88 degrees 50 minutes 00 seconds, a radius of 625.00 feet, an arc distance of 969.02 feet, and a chord bearing and distance of North 19 degrees 48 minutes 19 seconds East, 874.84 feet to a point of reverse curve; thence continue on the Westerly right of way line of said South Hospital Drive in a Northwesterly direction on a curve to the right having a central angle of 16 degrees 15 minutes 00 seconds, a radius of 1065.00 feet, an arc distance of 302.05 feet, and a chord bearing and distance of North 16 degrees 29 minutes 13 seconds West, 301.04 feet to the South right of way line of Missouri State Route "F"; and the point of beginning; thence South 81 degrees 38 minutes 16 seconds West along said right of way line, a distance of 25.00 feet; thence leaving said right of way line, South 09 degrees 01 minutes 09 seconds East, a distance of 25.00 feet; thence North 81 degrees 38 minutes 02 seconds East, a distance of 25.01 feet; to a point on a non-tangent curve to the right on the Westerly right of way line of Hospital Drive (50' wide); thence along said curve and Westerly right of way line, having a radius of 1065.00 feet and a chord bearing of North 09 degrees 02 minutes 04 seconds West (chord distance 25.00 feet), an arc distance of 25.00 feet to the point of beginning.

**TRACT III:**

A tract of land being a part of Lot One (1) of the CORRECTED PLAT OF WESTMINSTER COLLEGE SUBDIVISION #1, a subdivision filed for public record in Plat Book 8, Page 12, of Callaway County, Missouri, Land Records, and being more particularly described as follows: Commencing at a point on the Northern right-of-way line of Hospital Drive, 50 foot wide, said point also being on the South boundary line of said Lot One (1), said point bears North 89 degrees 18 minutes 24 seconds East a distance of 39.17 feet from the Southwest corner of said Lot One (1); thence departing said right-of-way along the projection of the Southeast wall of the existing Hospital, North 49 degrees 45 minutes 02 seconds East, a distance of 582.58 feet to the corner of the existing wall; thence South 12 degrees 32 minutes 32 seconds East, a distance of 32.76 feet to the true Point of Beginning; thence South 40 degrees 14 minutes 58 seconds East, a distance of 32.87 feet to a point; thence South 49 degrees 45 minutes 02 seconds West, a distance of 39.33 feet to a point; thence North 40 degrees 14 minutes 58 seconds West, a distance of 32.87 feet to a point; thence North 49 degrees 45 minutes 02 seconds East, a distance of 39.33 feet to the Point of Beginning, subject to that part, if any, in streets, roadways, highways or other public right-of-ways.

**TRACT IV:**

A tract of land within Section 18 and Section 19, Township 47 North, Range 9 West, City of Fulton, Callaway County, Missouri, described as follows: Commencing at a 1/2 inch iron pin at the Southwest corner of Lot 1 which bears North 81 degrees 42 minutes 27 seconds West 1040.56 feet from an aluminum monument at the section corner common to Sections 17, 18, 19 and 20, Township 47 North and Range 9 West; thence South 00 degrees 15 minutes 35 seconds West, 50.00 feet to an iron pin on the South right-of-way line of Hospital Drive and the TRUE POINT OF BEGINNING; thence South 00 degrees 15 minutes 35 seconds West 200.02 feet to an iron pin; thence North 89 degrees 18 minutes 24 seconds East, 168.33 feet to an iron pin; thence on a curve having a chord bearing and distance of North 76 degrees 45 minutes 51 seconds East, 453 .88 feet with a central angle of 25 degrees 05 minutes 07 seconds, a radius of 1045 feet, and an arc length of 457.52 feet to an iron pin; thence on a curve having a chord bearing and distance of North 57 degrees 58 minutes 34 seconds East, 190.38 feet with a central angle of 12 degrees 29 minutes 27 seconds, a radius of 875 feet, and an arc length of 190.76 feet to an iron pin on the Westerly right-of-way of Signpainter Road; thence on a curve having a chord bearing and distance of North 44 degrees 09 minutes 38 seconds West, 90.13 feet to an iron pin; thence North 39 degrees 25 minutes 03 seconds West, 91.46 feet to an iron pin; thence on a curve having a chord bearing and distance of North 82 degrees 33 minutes 46 seconds West, 27.35 feet with a central angle of 86 degrees 17 minutes 15 seconds, a radius of 20 feet and an arc length of 30.12 feet to an iron pin on the Southerly right-of-way line of Hospital Drive; thence along said right-of-way on a curve having a chord bearing and distance of South 59 degrees 15 minutes 27 seconds West, 116.81 feet with a central angle of 09 degrees 55 minutes 40 seconds, a radius of 675 feet, and an arc length of 116.96 feet to an iron pin; thence along said right-of-way on a curve having a chord bearing and distance of South 76 degrees 45 minutes 51 seconds West, 367.01 feet with a central angle of 25 degrees 05 minutes 07 seconds, a radius of 845 feet, and an arc length of 369.95 feet to an iron pin; thence South 89 degrees 18 minutes 24 seconds West, 165.00 feet along said right-of-way line to an iron pin and the TRUE POINT OF BEGINNING, subject to that part, if any, in streets, roadways, highways or other public rights-of-way.