**Noble Health Real Estate, LLC**
**Projections**
**Assumptions**

### Disclaimer

The Projections were prepared by the Debtor's management with the assistance of its CRO, and are based on the accompanying assumptions. The Projections present, to the best of the Debtor's knowledge, information and belief, the expected results of operations and cash flows of the Debtor for the applicable periods. Accordingly, these Projections reflect the Debtor's reasonable judgment and estimation as of the date of this Disclosure Statement of expected future operating conditions and future business decisions, which are subject to change. The assumptions disclosed herein are those that the Debtor believes are significant to the Projections.

The Debtor does not intend to revise the Projections to reflect circumstances existing after the date of this Disclosure Statement or to reflect the occurrence of unanticipated events. The Debtor assumes no responsibility to advise users of the Projections about any subsequent changes.

ALTHOUGH THE DEBTOR BELIEVES THAT THE ASSUMPTIONS UNDERLYING THE PROJECTIONS, WHEN CONSIDERED ON AN OVERALL BASIS, ARE REASONABLE IN LIGHT OF CURRENT CIRCUMSTANCES, NO ASSURANCE CAN BE GIVEN THAT THE ASSUMPTIONS WILL PROVE TO BE ACCURATE OR THAT THE PROJECTIONS WILL BE REALIZED. THE DEBTOR URGES HOLDERS OF CLAIMS AND EQUITY INTERESTS TO CONSIDER CAREFULLY THE UNDERLYING ASSUMPTIONS IN EVALUATING THE PROJECTIONS. THE PROJECTIONS HAVE NOT BEEN SUBJECT TO ANY REVIEW, COMPILATION, OR AUDIT BY ANY INDEPENDENT ACCOUNTING FIRM.

### Income Statement Assumptions

<u>Rent</u> - The Debtor is assumed to enter into a lease agreement with Blessed Health LLC, a related party, to commence on October 1, 2023. On each anniversary date, the lease is subject to a 5% escalation, beginning January 1, 2025. Blessed Health LLC is assumed to sublet the space to the hospital and various joint ventures providing healthcare services to the community.

<u>Mortgage Interest</u> - Interest expense on the mortgage is assumed to accrue at 5.5%, and is payable monthly, beginning 30 days after the effective date (October 1, 2023). In accordance with the appraisal dated July 14, 2023 the secured debt is assumed to be $1,360,000.

<u>Real Estate Taxes</u> - Real estate taxes are based on the current estimates, as posted on the municipalities' public information websites. Taxes are assumed to be escrowed monthly by the secured lender, and the satisfaction of the tax liability is recognized as the funds are escrowed. The projections assume a 3% annual increase.

<u>Insurance</u> - Insurance has been estimated based on the current costs incurred during the pendency of the Chapter 11 proceeding. The projections assume a 5% annual increase.

<u>Other Property Expenses</u> - Other property expenses include utilities, property management expenses, security, building maintenance, and other contingency expenses. The projections assume a 5% annual increase.

### Balance Sheet and Cash Flow Assumptions

<u>Cash</u> - The Debtor is assumed to be capitalized with a minimum cash balance of $50,000. Excess cash flow has been assumed to accumulate as cash on hand.

**Noble Health Real Estate, LLC**
**Projections**
**Assumptions**

Building - Building includes all real property owned by the Debtor, and is assumed to have a book value of $1,360,000 in accordance with the valuation dated July 14, 2023. Depreciation is calculated on a straight line basis over a 30 year period.

Building Improvements - Monthly expenditures to building improvements are assumed to begin in October 2023. Depreciation is calculated on a straight line basis over a 30 year period.

Accounts Payable and Accrued Expenses - The Debtor is assumed to begin receiving credit terms from vendors in January 2024. Following a ramp-up period, terms are assumed to reach an average of 45 days of all relevant expenses.

Secured Debt - Secured debt consists of $1,360,000 due to Lead Bank in accordance with the Integra appraisal dated July 14, 2023. Principal payments are based on a 30 year amortization, with a balloon payment due October 1, 2030.

General Unsecured Claims - General unsecured claims consist of allowed scheduled and filed unsecured claims. In accordance with the Plan, the Projections assume quarterly payments totaling $50,000, payable over three years.

Shareholder Contributions - Cash shortfalls (including a minimum cash balance of $50,000) are assumed to be funded by shareholder contributions.

**Noble Health Real Estate LLC**
**Projected Income Statements**

| | Oct-23 | Nov-23 | Dec-23 | Total |
|---|---:|---:|---:|---:|
| Rent | $ 68,000 | $ 68,000 | $ 68,000 | $ 204,000 |
| | | | | |
| **Expense** | | | | |
| Mortgage Interest | - | 6,233 | 6,227 | 12,460 |
| Real Estate Taxes | 5,000 | 5,000 | 5,000 | 15,000 |
| Insurance | 9,042 | 9,042 | 9,042 | 27,125 |
| Other Property Expenses | 41,000 | 41,000 | 41,000 | 123,000 |
| Depreciation | 3,782 | 3,790 | 3,799 | 11,371 |
| Total Expense | 58,824 | 65,065 | 65,067 | 188,956 |
| | | | | |
| Net Income Before Debt Cancellation | 9,176 | 2,935 | 2,933 | 15,044 |
| | | | | |
| Gain From Cancellation of Indebtedness | 5,990,861 | - | - | 5,990,861 |
| | | | | |
| Net Income (Loss) | $ 6,000,038 | $ 2,935 | $ 2,933 | $ 6,005,905 |
| | | | | |
| **EBITDAR Calculation** | | | | |
| Net Income (Loss) | $ 6,000,038 | $ 2,935 | $ 2,933 | $ 6,005,905 |
| Add Back: | | | | |
| Depreciation | 3,782 | 3,790 | 3,799 | 11,371 |
| Restructuring | (5,990,861) | - | - | (5,990,861) |
| EBITDAR | $ 12,958 | $ 6,725 | $ 6,732 | $ 26,415 |

**Noble Health Real Estate LLC**
**Projected Income Statements**

| | Jan-24 | Feb-24 | Mar-24 | Apr-24 | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Rent | $ 68,000 | $ 68,000 | $ 68,000 | $ 68,000 | $ 68,000 | $ 68,000 | $ 68,000 | $ 68,000 | $ 68,000 | $ 68,000 | $ 68,000 | $ 68,000 | $ 816,000 |
| **Expense** | | | | | | | | | | | | | |
| Mortgage Interest | 6,220 | 6,213 | 6,206 | 6,199 | 6,192 | 6,185 | 6,178 | 6,171 | 6,164 | 6,157 | 6,149 | 6,142 | 74,174 |
| Real Estate Taxes | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 60,000 |
| Insurance | 9,042 | 9,042 | 9,042 | 9,042 | 9,042 | 9,494 | 9,494 | 9,494 | 9,494 | 9,494 | 9,494 | 9,494 | 111,665 |
| Other Property Expenses | 41,000 | 41,000 | 41,000 | 41,000 | 41,000 | 41,000 | 41,000 | 41,000 | 41,000 | 41,000 | 41,000 | 41,000 | 492,000 |
| Depreciation | 3,807 | 3,815 | 3,824 | 3,832 | 3,840 | 3,849 | 3,857 | 3,865 | 3,874 | 3,882 | 3,890 | 3,899 | 46,233 |
| Total Expense | 65,068 | 65,070 | 65,071 | 65,073 | 65,074 | 65,527 | 65,529 | 65,530 | 65,531 | 65,532 | 65,533 | 65,535 | 784,072 |
| Net Income Before Debt Cancellation | 2,932 | 2,930 | 2,929 | 2,927 | 2,926 | 2,473 | 2,471 | 2,470 | 2,469 | 2,468 | 2,467 | 2,465 | 31,928 |
| Gain From Cancellation of Indebtedness | - | - | - | - | - | - | - | - | - | - | - | - | - |
| Net Income (Loss) | $ 2,932 | $ 2,930 | $ 2,929 | $ 2,927 | $ 2,926 | $ 2,473 | $ 2,471 | $ 2,470 | $ 2,469 | $ 2,468 | $ 2,467 | $ 2,465 | $ 31,928 |
| **EBITDAR Calculation** | | | | | | | | | | | | | |
| Net Income (Loss) | $ 2,932 | $ 2,930 | $ 2,929 | $ 2,927 | $ 2,926 | $ 2,473 | $ 2,471 | $ 2,470 | $ 2,469 | $ 2,468 | $ 2,467 | $ 2,465 | $ 31,928 |
| Add Back: | | | | | | | | | | | | | |
| Depreciation | 3,807 | 3,815 | 3,824 | 3,832 | 3,840 | 3,849 | 3,857 | 3,865 | 3,874 | 3,882 | 3,890 | 3,899 | 46,233 |
| Restructuring | - | - | - | - | - | - | - | - | - | - | - | - | - |
| EBITDAR | $ 6,739 | $ 6,746 | $ 6,752 | $ 6,759 | $ 6,766 | $ 6,321 | $ 6,328 | $ 6,335 | $ 6,343 | $ 6,350 | $ 6,357 | $ 6,364 | $ 78,161 |

Noble Health I Projections
DRAFT - CONFIDENTIAL

**Noble Health Real Estate LLC**
**Projected Income Statements**

|  | 12 Months Ended | | | |
|---|---|---|---|---|
|  | Dec-25 | Dec-26 | Dec-27 | Dec-28 |
| Rent | $ 856,800 | $ 899,640 | $ 944,622 | $ 991,853 |
| Expense |  |  |  |  |
| Mortgage Interest | 73,114 | 72,067 | 70,946 | 69,754 |
| Real Estate Taxes | 61,800 | 63,654 | 65,564 | 67,531 |
| Insurance | 116,773 | 122,612 | 128,742 | 135,179 |
| Other Property Expenses | 516,600 | 542,430 | 569,552 | 598,029 |
| Depreciation | 47,433 | 48,633 | 49,833 | 51,033 |
| Total Expense | 815,721 | 849,396 | 884,637 | 921,527 |
| Net Income Before Debt Cancellation | 41,079 | 50,244 | 59,985 | 70,326 |
| Gain From Cancellation of Indebtedness | - | - | - | - |
| Net Income (Loss) | $ 41,079 | $ 50,244 | $ 59,985 | $ 70,326 |
| **EBITDAR Calculation** |  |  |  |  |
| Net Income (Loss) | $ 41,079 | $ 50,244 | $ 59,985 | $ 70,326 |
| Add Back: |  |  |  |  |
| Depreciation | 47,433 | 48,633 | 49,833 | 51,033 |
| Restructuring |  |  |  |  |
| EBITDAR | $ 88,513 | $ 98,877 | $ 109,818 | $ 121,360 |

**Noble Health Real Estate LLC**
**Projected Balance Sheets**

|  | Oct-23 | Nov-23 | Dec-23 |
|---|---:|---:|---:|
| **Assets** | | | |
| Cash | $ 50,000 | $ 50,000 | $ 50,000 |
| Prepaid Insurance | 63,292 | 54,250 | 45,208 |
| **Total Current Assets** | 113,292 | 104,250 | 95,208 |
| | | | |
| Building, net | 1,356,222 | 1,352,444 | 1,348,667 |
| Building Improvements | 2,996 | 5,983 | 8,963 |
| **Total Long Term Assets** | 1,359,218 | 1,358,428 | 1,357,629 |
| | | | |
| **Total Assets** | $ 1,472,510 | $ 1,462,678 | $ 1,452,838 |
| | | | |
| **Liabilities and Equity** | | | |
| | | | |
| Liabilities Not Subject to Compromise | | | |
| Accounts Payable and Accrued Expenses | $ - | $ - | $ - |
| Shareholder Loan | 31,000 | 19,722 | 8,444 |
| Total Liabilities Not Subject to Compromise | 31,000 | 19,722 | 8,444 |
| | | | |
| Liabilities Subject to Compromise | | | |
| Secured Debt | 1,360,000 | 1,358,511 | 1,357,016 |
| General Unsecured Claims | 50,000 | 50,000 | 50,000 |
| Total Liabilities Subject to Compromise | 1,410,000 | 1,408,511 | 1,407,016 |
| | | | |
| **Total Liabilities** | 1,441,000 | 1,428,233 | 1,415,460 |
| | | | |
| **Stockholders' Equity** | | | |
| Common Stock | 100 | 100 | 100 |
| Retained Earnings/(Loss) | 31,410 | 34,344 | 37,278 |
| **Total Stockholders' Equity** | 31,510 | 34,444 | 37,378 |
| | | | |
| **Total Liabilities and Equity** | $ 1,472,510 | $ 1,462,678 | $ 1,452,838 |

Noble Health I Projections
DRAFT - CONFIDENTIAL

**Noble Health Real Estate LLC**
**Projected Balance Sheets**

| | Jan-24 | Feb-24 | Mar-24 | Apr-24 | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Assets** | | | | | | | | | | | | |
| Cash | $ 50,000 | $ 52,834 | $ 55,668 | $ 55,668 | $ 50,000 | $ 52,834 | $ 52,834 | $ 69,148 | $ 78,722 | $ 90,869 | $ 120,662 | $ 123,496 |
| Prepaid Insurance | 36,167 | 27,125 | 18,083 | 9,042 | 115,112 | 105,618 | 96,124 | 86,630 | 77,137 | 67,643 | 58,149 | 48,655 |
| **Total Current Assets** | 86,167 | 79,959 | 73,752 | 64,710 | 165,112 | 158,452 | 148,958 | 155,778 | 155,859 | 158,512 | 178,811 | 172,152 |
| | | | | | | | | | | | | |
| Building, net | 1,344,889 | 1,341,111 | 1,337,333 | 1,333,556 | 1,329,778 | 1,326,000 | 1,322,222 | 1,318,444 | 1,314,667 | 1,310,889 | 1,307,111 | 1,303,333 |
| Building Improvements | 11,933 | 14,896 | 17,850 | 20,796 | 23,733 | 26,663 | 29,583 | 32,496 | 35,400 | 38,296 | 41,183 | 44,063 |
| **Total Long Term Assets** | 1,356,822 | 1,356,007 | 1,355,183 | 1,354,351 | 1,353,511 | 1,352,663 | 1,351,806 | 1,350,940 | 1,350,067 | 1,349,185 | 1,348,294 | 1,347,396 |
| | | | | | | | | | | | | |
| **Total Assets** | $1,442,989 | $1,435,966 | $1,428,935 | $1,419,061 | $1,518,623 | $1,511,115 | $1,500,764 | $1,506,719 | $1,505,925 | $1,507,696 | $1,527,106 | $1,519,547 |
| | | | | | | | | | | | | |
| **Liabilities and Equity** | | | | | | | | | | | | |
| | | | | | | | | | | | | |
| **Liabilities Not Subject to Compromise** | | | | | | | | | | | | |
| Accounts Payable and Accrued Expenses | $ - | $ - | $ - | $ - | $ - | $ - | $ - | $ 13,479 | $ 20,219 | $ 33,699 | $ 60,658 | $ 60,658 |
| Shareholder Loan | 1,332 | (7,111) | (15,555) | (22,667) | 75,499 | 67,055 | 59,943 | 51,499 | 43,056 | 34,612 | 26,168 | 17,724 |
| **Total Liabilities Not Subject to Compromise** | 1,332 | (7,111) | (15,555) | (22,667) | 75,499 | 67,055 | 59,943 | 64,979 | 63,275 | 68,310 | 86,825 | 78,382 |
| | | | | | | | | | | | | |
| **Liabilities Subject to Compromise** | | | | | | | | | | | | |
| Secured Debt | 1,355,514 | 1,354,005 | 1,352,488 | 1,350,965 | 1,349,435 | 1,347,898 | 1,346,354 | 1,344,803 | 1,343,245 | 1,341,680 | 1,340,107 | 1,338,527 |
| General Unsecured Claims | 45,833 | 45,833 | 45,833 | 41,667 | 41,667 | 41,667 | 37,500 | 37,500 | 37,500 | 33,333 | 33,333 | 33,333 |
| **Total Liabilities Subject to Compromise** | 1,401,347 | 1,399,838 | 1,398,322 | 1,392,632 | 1,391,102 | 1,389,565 | 1,383,854 | 1,382,303 | 1,380,745 | 1,375,013 | 1,373,440 | 1,371,861 |
| | | | | | | | | | | | | |
| **Total Liabilities** | 1,402,680 | 1,392,726 | 1,382,767 | 1,369,965 | 1,466,601 | 1,456,620 | 1,443,798 | 1,447,282 | 1,444,020 | 1,443,323 | 1,460,266 | 1,450,242 |
| | | | | | | | | | | | | |
| **Stockholders' Equity** | | | | | | | | | | | | |
| Common Stock | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |
| Retained Earnings/(Loss) | 40,209 | 43,140 | 46,069 | 48,996 | 51,922 | 54,395 | 56,866 | 59,337 | 61,805 | 64,273 | 66,740 | 69,205 |
| **Total Stockholders' Equity** | 40,309 | 43,240 | 46,169 | 49,096 | 52,022 | 54,495 | 56,966 | 59,437 | 61,905 | 64,373 | 66,840 | 69,305 |
| | | | | | | | | | | | | |
| **Total Liabilities and Equity** | $1,442,989 | $1,435,966 | $1,428,935 | $1,419,061 | $1,518,623 | $1,511,115 | $1,500,764 | $1,506,719 | $1,505,925 | $1,507,696 | $1,527,106 | $1,519,547 |

Noble Health I Projections
DRAFT - CONFIDENTIAL

**Noble Health Real Estate LLC**
**Projected Balance Sheets**

|  | Dec-25 | Dec-26 | Dec-27 | Dec-28 |
|---|---:|---:|---:|---:|
| **Assets** | | | | |
| Cash | $ 123,868 | $ 150,980 | $ 204,432 | $ 290,487 |
| Prepaid Insurance | 51,088 | 53,643 | 56,325 | 59,141 |
| **Total Current Assets** | 174,956 | 204,623 | 260,757 | 349,628 |
| | | | | |
| Building, net | 1,258,000 | 1,212,667 | 1,167,333 | 1,122,000 |
| Building Improvements | 77,963 | 110,663 | 142,163 | 172,463 |
| **Total Long Term Assets** | 1,335,963 | 1,323,329 | 1,309,496 | 1,294,463 |
| | | | | |
| **Total Assets** | $ 1,510,918 | $ 1,527,952 | $ 1,570,253 | $ 1,644,090 |
| | | | | |
| **Liabilities and Equity** | | | | |
| | | | | |
| Liabilities Not Subject to Compromise | | | | |
| Accounts Payable and Accrued Expenses | $ 63,690 | $ 66,875 | $ 70,219 | $ 73,730 |
| Shareholder Loan | - | - | - | - |
| Total Liabilities Not Subject to Compromise | 63,690 | 66,875 | 70,219 | 73,730 |
| | | | | |
| Liabilities Subject to Compromise | | | | |
| Secured Debt | 1,320,177 | 1,300,449 | 1,279,421 | 1,257,096 |
| General Unsecured Claims | 16,667 | - | - | - |
| Total Liabilities Subject to Compromise | 1,336,843 | 1,300,449 | 1,279,421 | 1,257,096 |
| | | | | |
| **Total Liabilities** | 1,400,534 | 1,367,324 | 1,349,640 | 1,330,826 |
| | | | | |
| **Stockholders' Equity** | | | | |
| Common Stock | 100 | 100 | 100 | 100 |
| Retained Earnings/(Loss) | 110,284 | 160,528 | 220,513 | 290,839 |
| **Total Stockholders' Equity** | 110,384 | 160,628 | 220,613 | 290,939 |
| | | | | |
| **Total Liabilities and Equity** | $ 1,510,918 | $ 1,527,952 | $ 1,570,253 | $ 1,621,765 |

**Noble Health Real Estate LLC**
**Projected Statements of Cash Flows**

| | Oct-23 | Nov-23 | Dec-23 | Total |
|---|---:|---:|---:|---:|
| Net Income (Loss) | $ 6,000,038 | $ 2,935 | $ 2,933 | $ 6,005,905 |
| **Adjustments to Reconcile Net Income (Loss) to Cash Provided By (Used In) Operations** | | | | |
| Depreciation | 3,782 | 3,790 | 3,799 | 11,371 |
| (Increase)/Decrease in Prepaid Insurance | 9,042 | 9,042 | 9,042 | 27,125 |
| Increase/(Decrease) in Accounts Payable and Accrued Expenses | - | - | - | - |
| Total Working Capital Adjustments | 12,824 | 12,832 | 12,840 | (33,838) |
| **Cash Provided By (Used In) Operations** | 6,012,861 | 15,767 | 15,773 | 5,972,068 |
| **Cash (Used In) Investing Activities:** | | | | |
| Investment in Building Improvements | (3,000) | (3,000) | (3,000) | (9,000) |
| Cash (Used In) Investing Activities | (3,000) | (3,000) | (3,000) | (9,000) |
| **Cash (Used In) Financing Activities:** | | | | |
| Payment of Mortgage Payable | - | (1,489) | (1,495) | (2,984) |
| Cancellation of Indebtedness Gain | (5,990,861) | - | - | (5,990,861) |
| General Unsecured Claims Payment | - | - | - | - |
| Shareholders' Loan | 31,000 | - | - | 31,000 |
| Shareholders' Loan Repayment | - | (11,278) | (11,278) | (22,556) |
| **Cash Provided By Financing Activities** | (5,959,861) | (12,767) | (12,773) | (5,985,401) |
| **Increase/(Decrease) in Cash** | 50,000 | - | - | 50,000 |
| **Cash, beginning** | - | 50,000 | 50,000 | - |
| **Cash, ending** | $ 50,000 | $ 50,000 | $ 50,000 | $ 50,000 |

**Noble Health Real Estate LLC**
**Projected Statements of Cash Flows**

| | Jan-24 | Feb-24 | Mar-24 | Apr-24 | May-24 | Jun-24 | Jul-24 | Aug-24 | Sep-24 | Oct-24 | Nov-24 | Dec-24 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Income (Loss) | $ 2,932 | $ 2,930 | $ 2,929 | $ 2,927 | $ 2,926 | $ 2,473 | $ 2,471 | $ 2,470 | $ 2,469 | $ 2,468 | $ 2,467 | $ 2,465 | $ 31,928 |
| **Adjustments to Reconcile Net Income (Loss) to Cash Provided By (Used In) Operations** | | | | | | | | | | | | | |
| Depreciation | 3,807 | 3,815 | 3,824 | 3,832 | 3,840 | 3,849 | 3,857 | 3,865 | 3,874 | 3,882 | 3,890 | 3,899 | 46,233 |
| (Increase)/Decrease in Prepaid Insurance | 9,042 | 9,042 | 9,042 | 9,042 | (106,070) | 9,494 | 9,494 | 9,494 | 9,494 | 9,494 | 9,494 | 9,494 | (3,447) |
| Increase/(Decrease) in Accounts Payable and Accrued Expenses | - | - | - | - | - | - | - | 13,479 | 6,740 | 13,479 | 26,959 | - | 60,658 |
| Total Working Capital Adjustments | 12,849 | 12,857 | 12,865 | 12,874 | (102,230) | 13,342 | 13,351 | 26,838 | 20,107 | 26,855 | 40,343 | 13,392 | 103,444 |
| **Cash Provided By (Used In) Operations** | 15,780 | 15,787 | 15,794 | 15,801 | (99,304) | 15,815 | 15,822 | 29,309 | 22,576 | 29,323 | 42,810 | 15,858 | 135,371 |
| **Cash (Used In) Investing Activities:** | | | | | | | | | | | | | |
| Investment in Building Improvements | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (36,000) |
| **Cash (Used In) Investing Activities** | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (3,000) | (36,000) |
| **Cash (Used In) Financing Activities:** | | | | | | | | | | | | | |
| Payment of Mortgage Payable | (1,502) | (1,509) | (1,516) | (1,523) | (1,530) | (1,537) | (1,544) | (1,551) | (1,558) | (1,565) | (1,573) | (1,580) | (18,489) |
| Cancellation of Indebtedness Gain | - | - | - | - | - | - | - | - | - | - | - | - | - |
| General Unsecured Claims Payment | (4,167) | - | - | (4,167) | - | - | (4,167) | - | - | (4,167) | - | - | (16,667) |
| Shareholders' Loan | - | - | - | - | 98,165 | - | - | - | - | - | - | - | 98,165 |
| Shareholders' Loan Repayment | (7,111) | (8,444) | (8,444) | (7,111) | - | (8,444) | (7,111) | (8,444) | (8,444) | (8,444) | (8,444) | (8,444) | (88,885) |
| **Cash Provided By Financing Activities** | (12,780) | (9,953) | (9,960) | (12,801) | 96,635 | (9,981) | (12,822) | (9,995) | (10,002) | (14,176) | (10,016) | (10,024) | (25,875) |
| Increase/(Decrease) in Cash | - | 2,834 | 2,834 | - | (5,668) | 2,834 | - | 16,314 | 9,574 | 12,147 | 29,793 | 2,834 | 73,496 |
| Cash, beginning | 50,000 | 50,000 | 52,834 | 55,668 | 55,668 | 50,000 | 52,834 | 52,834 | 69,148 | 78,722 | 90,869 | 120,662 | 50,000 |
| Cash, ending | $ 50,000 | $ 52,834 | $ 55,668 | $ 55,668 | $ 50,000 | $ 52,834 | $ 52,834 | $ 69,148 | $ 78,722 | $ 90,869 | $ 120,662 | $ 123,496 | $ 123,496 |

**Noble Health Real Estate LLC**
**Projected Statements of Cash Flows**

|  | 12 Months Ended | | | |
|---|---|---|---|---|
|  | Dec-25 | Dec-26 | Dec-27 | Dec-28 |
| Net Income (Loss) | $ 41,079 | $ 50,244 | $ 59,985 | $ 70,326 |
| **Adjustments to Reconcile Net Income (Loss) to Cash Provided By (Used In) Operations** | | | | |
| Depreciation | 47,433 | 48,633 | 49,833 | 51,033 |
| (Increase)/Decrease in Prepaid Insurance | (2,433) | (2,554) | (2,682) | (2,816) |
| Increase/(Decrease) in Accounts Payable and Accrued Expenses | 3,033 | 3,185 | 3,344 | 3,511 |
| Total Working Capital Adjustments | 48,033 | 49,263 | 50,495 | 51,728 |
| **Cash Provided By (Used In) Operations** | 89,113 | 99,507 | 110,480 | 122,054 |
| **Cash (Used In) Investing Activities:** | | | | |
| Investment in Building Improvements | (36,000) | (36,000) | (36,000) | (36,000) |
| **Cash (Used In) Investing Activities** | (36,000) | (36,000) | (36,000) | (36,000) |
| **Cash (Used In) Financing Activities:** | | | | |
| Payment of Mortgage Payable | (18,351) | (19,728) | (21,028) | (22,325) |
| Cancellation of Indebtedness Gain | - | - | - | - |
| General Unsecured Claims Payment | (16,667) | (16,667) | - | - |
| Shareholders' Loan | - | - | - | - |
| Shareholders' Loan Repayment | (17,724) | - | - | - |
| **Cash Provided By Financing Activities** | (52,741) | (36,394) | (21,028) | - |
| **Increase/(Decrease) in Cash** | 371 | 27,113 | 53,452 | 86,054 |
| **Cash, beginning** | 123,496 | 123,868 | 150,980 | 204,432 |
| **Cash, ending** | $ 123,868 | $ 150,980 | $ 204,432 | $ 290,487 |

Noble Health I Projections
DRAFT - CONFIDENTIAL