

# The ZivaMedical Formula for Sustainable Rural Healthcare:

**patient-centered, best-in-class healthcare** = **fiscal stewardship** + **experienced partners** + **innovative technologies**










# Our Vision for this Project:

The return of two hospitals in rural Missouri that satisfy both urgent and ongoing community needs, optimize revenue cycle management, and leverage the benefits of cutting-edge technological improvements.



# Fulfilling an Urgent Need

At present, the Audrain & Callaway communities travel an average of 44 minutes to get to an emergency room.

"It's life or death when you have to travel 40, 45 minutes by ambulance or otherwise to get health care."

**Dana Keller**
Mexico Area Chamber of Commerce Director, on 93.9 The Eagle's "Wake Up Columbia"

# Enter Ziva: Two Hospitals Right Where They're Needed

ZivaMedical Audrain

ZivaMedical Fulton

**Moberly Regional Medical Center**
39  mi (40 min) from Mexico
58 mi (59 min) from Fulton

**University of Missouri Hospital**
40 mi (47 min) from Mexico
24 mi (33 min) from Fulton

**Capital Region Medical Center**
50 mi (51 min) from Mexico
25 mi (24 min) from Fulton

**Hermann Area District Hospital**
62 mi (67 min) from Mexico
39 mi (51 min) from Fulton

**Boone Hospital Center**
39 mi (41 min) from Mexico
22 mi (30 min) from Fulton



# ZivaMedical Audrain
## Critical Access Hospital in Mexico, MO

- Emergency Department
- Surgery Department (Inpatient & Outpatient)
- Diagnostic Imaging
- Inpatient (including Swing Bed)
- Laboratory Services
- Primary Care Clinics
- Specialty Clinics (e.g. Orthopedics, Wound Care, Pain, Spine & more)

"The whole community is excited about the prospect of the Mexico hospital reopening. I've been a physician here for 52 years ... There's no doubt in my mind that this community and surrounding communities need and will support this endeavor."

Ray Wilbers, MD



# ZivaMedical Fulton
## Rural Emergency Hospital in Fulton, MO

- Emergency Department
- Ambulatory Surgery Center
- Diagnostic Imaging
- Laboratory Services
- Primary Care Clinic
- Specialty Clinics (e.g. Orthopedics, Wound Care, Pain, Spine & more)

"Fulton treated a significant amount of serious health issues as well as work related injuries occurring in the community. Fulton needs these health services to be available."

Amy Swan, RN



**◉ Mexico & Fulton, Missouri**

# Emergency Department

ZivaMedical plans to open a 24-hour full-service emergency department, staffed with physicians experienced in pediatric and adult medicine, that will serve a wide variety of severe illnesses and injuries, such as:

- Chest pain
- Difficulty breathing
- Digestive issues
- Laceration repair
- Orthopedic injury
- Pediatrics (ear pain, congestion, seizures, infections, etc.)
- Stroke symptoms
- Trauma (car accidents, farming accidents, falls, etc.)



📍 **Mexico, Missouri**

# Surgery

ZivaMedical plans to open an inpatient and outpatient surgery department for procedures including:

- General surgery (gall bladder, hernia repair, colonoscopy, etc.)
- Gynecological surgery (bladder repair, hysterectomy, etc.)
- Orthopedic surgery (joint replacement, knee scopes, shoulder repair, etc.)
- Pain management surgery
- Spine surgery



📍 **Fulton, Missouri**

# Ambulatory Surgery

ZivaMedical plans to open an elective ambulatory surgery center for outpatient surgery needs, such as:

- General surgery (gall bladder, hernia repair, colonoscopy, etc.)
- Gynecological surgery (bladder repair, hysterectomy, etc.)
- Orthopedic surgery (joint replacement, knee scopes, shoulder repair, etc.)
- Pain management surgery



📍 **Mexico & Fulton, Missouri**

# Diagnostic Imaging

ZivaMedical plans to establish an imaging center that will offer a range of diagnostic radiology services, such as:

- Computerized tomography (CT) scan
- DEXA scan
- Magnetic resonance imaging (MRI)
- Mammography
- Ultrasound
- X-ray



📍 **Mexico, Missouri**

# Inpatient

ZivaMedical plans to open an Inpatient/Swing Bed unit to care for patients needing hospitalization with diagnoses including:

- Cellulitis
- Congestive heart failure
- Chronic obstructive pulmonary disease (COPD)
- Dehydration
- Pneumonia
- Post-surgical recovery



📍 **Mexico & Fulton, Missouri & more**

# Primary Care Clinic

ZivaMedical plans to open clinics to help patients, from birth through end of life, with general medical needs, such as:

- Acute infection treatment
- Annual wellness physical
- Disease management
- Medication management
- Preventative medicine
- School physicals



**◆ Mexico & Fulton, Missouri**

# Specialty Clinics

ZivaMedical plans to open clinics for patient needs including:

- Cancer treatment
- Dermatology
- Orthopedics
- Pain management
- Spine care
- Wound care



# A vital element of this reorganization plan is leveraging the benefits of specialized service partners.

## ZivaMedical has signed letters of intent or is negotiating with experienced operators to establish the following services:

- Ziva Behavioral Health
- Ziva Wellness & Rehab Center
- Ziva Laboratory Services
- Ziva Recovery Center
- Ziva Wound Care

- Ziva Long Term Care & Assisted Living
- Ziva Pharmacy
- Ziva Café (Food Service & Catering)
- Ziva Childcare



📍 **Mexico & Fulton, Missouri**

# Ziva Behavioral Health

In partnership with Azfar Malik, MD, MBA, DFAPA, and his team of psychology and psychotherapy specialists at MidMo Behavioral Health Center, Ziva Behavioral Health will provide inpatient and outpatient psychiatry, neurology, and behavioral healthcare to the community.



📍 **Mexico, Missouri**

# Ziva Wellness & Rehab Center

In partnership with Fred L. Shinn, MS, PT, and his team at PTwellnessONE, the Ziva Wellness & Rehab Center will offer integrative rehabilitation services, fitness and wellness programs, and tailored functional nutrition programs that address the root causes of the community's health and mobility challenges.





📍 **Mexico, Missouri**

# Ziva Laboratory Services

In partnership with Bill Wirtz of White Oak Medical Solutions, the Ziva labs will facilitate in-house blood, urine, and body tissue testing to help analyze and diagnose various medical conditions.





📍 **Fulton, Missouri**

# Ziva Recovery Center

In partnership with Owl's Nest Recovery (Sober Living Solutions), Ziva Recovery Center plans to offer rehabilitation from addiction through an inpatient detox program, a partial hospitalization program, an outpatient program, and transitional housing assistance.

## ~ 379,000

Missouri residents struggle with a substance use disorder

## ~ 17,500

Missouri kids under 18 struggle with substance abuse.

## ~ 28,444

Veterans in Missouri struggle with substance abuse.

## ~ 7,800

Pregnant women struggle with substance abuse, increasing risks of babies born with neonatal abstinence syndrome.

Source: Missouri's Department of Mental Health



📍 **Mexico & Fulton, Missouri**

# Ziva Wound Care

In partnership with Axel Pflueger, MD, PhD, FASN, a nephrologist and wound care specialist from Mayo Clinic and the founder of Pflueger Medical Nephrology and Internal Medicine Services, Ziva Wound Care will offer world-class wound care expertise to rural Missouri.



📍 **Mexico, Missouri**

# Ziva Long Term Care & Assisted Living

More than 4,000 senior citizens live in Audrain County. Some find they need assistance with daily activities and require long-term care, while others remain relatively independent but don't want to live alone.

ZivaMedical will work with a partner to serve both of these groups by establishing a skilled nursing facility (SNF) and an assisted living facility (ALF) on the Audrain hospital campus.



📍 **Mexico, Missouri**

# Ziva Pharmacy

In partnership with a pharmacy provider, Ziva Pharmacy will establish a retail pharmacy model on the Audrain hospital campus and provide tele-pharmacy services to those leaving doctor's appointments or the emergency room, reducing patient wait time, increasing patient satisfaction, and improving the organization's workflow.



📍 **Mexico, Missouri**

# Ziva Café

Food Service & Catering

The Mexico community has limited restaurant options for having a meal that isn't fast food.

Thankfully, the Audrain hospital campus has a fully equipped industrial kitchen and a beautiful indoor and outdoor seating area, making it a great meeting space.

ZivaMedical plans to have an established food service provider serve lunch and dinner daily to patients, employees, and the rest of the local community under the name Ziva Café.



📍 **Mexico, Missouri**

# Ziva Childcare

During the pandemic, Missouri lost 30% of its childcare facilities,* and more than 70% of Missouri's rural counties are considered childcare deserts.**

ZivaMedical will work with a childcare service provider to establish a presence on the Audrain hospital campus and give children a safe and caring environment while their parents work.

As a perk to enhance employee recruitment and retention, Ziva plans to offer the service at a discount to staff.

* KOMU-TV
** Child Care Aware® of Missouri



**Team**

# Meet the CEO:



**Amanda Shurtz,
MSN, MBA, RN**

*Chief Executive Officer*

ZivaMedical CEO Amanda Shurtz has led teams that consistently excel in patient experience, service line development, fiscal turnaround, and key performance indicators.

As a Registered Nurse, she started her career caring for patients in rural Illinois and serving in nurse leadership roles at the U.S. Department of Veteran's Affairs and other healthcare organizations.

Ms. Shurtz found her true calling in healthcare leadership, serving as Regional CEO, opening four micro-hospitals in Wisconsin and Tennessee, CEO at rural Illinois' Crossroads Community Hospital, and CEO at Clay County Critical Access Hospital.

Shurtz has a track record of creating a healthy workplace culture, and her professional mantra is, "Take great care of doctors and staff, and they'll take great care of patients." She holds sacred collaborative relationships with local businesses and governmental partners and brings these values to the forefront of ZivaMedical's hospital project.



# Year 1 Roadmap:



## Amanda Shurtz, MSN, MBA, RN

*Chief Executive Officer*

- **Satisfy Regulatory & Licensure Requirements**
  - Obtain Certificate of Need
  - Obtain Hospital Licenses
  - Apply for Critical Access Status for the Mexico Hospital
  - Apply for Rural Emergency Hospital Status for the Fulton Hospital
- **Form a Medical Staff that's Community Focused using a "Mixed-Model"**
  - Craft a strategic recruitment plan in collaboration with medical staff
  - Engage long-serving local independent & employed physicians
  - Recruit advanced practice providers

- **Recruit a Hospital Staff**
  - Develop a staffing plan for professional & support staff
  - Attract new employees with positive work culture, competitive pay, Ziva Childcare discounts & more
  - Create & maintain contact with local professionals who may want to serve at the hospitals
- **Cultivate Community**
  - Meet with leaders to continue a collaborative relationship
  - Inform clubs & service organizations of hospital milestones
  - Resurrect Hospital Auxiliary & Hospital Foundation
  - Foster relationships with business owners, schools, churches & more
  - Discover ways the hospitals can give back to the communities that gave so much



**Team**

# Meet the COO:



**Angie Schierer**

*Chief Operations Officer*

ZivaMedical COO Angie Schierer has worked in the healthcare industry and in healthcare leadership roles for over three decades. As former president of the National Association of Rural Health Clinics, her professional focus for the last 15 years has been enhancing healthcare quality in rural America.

As an executive, Angie aims to inspire employees to be their best and encourage creative solutions that save and improve lives.

Hailing from central Illinois, Angie brings her vast experience in rural population health and sustaining critical access hospitals to ZivaMedical's Missouri hospital project. She has already been instrumental in getting the facilities in Mexico and Fulton ready for reopening.



**Team**

# Executive Team









## Chava R. Groner
*Chief Administrative Officer*

Chava is an efficiency driver for data analysis and project management. As ZivaMedical's Chief Administrative Officer, she will oversee staff onboarding, budgeting, and resource allocation. Chava's professional experience managing software development projects at top-tier insurance and banking institutions such as MetLife and JP Morgan Chase & Co. underscore her management skills.

## Pam Early
*Interim Chief Nursing Officer*

As CNO at Audrain Community Hospital, Pam helped oversee finances and patient care policies at the hospital. Before working as CNO, she was the hospital's Director of the Emergency Department. Pam is well-known as an outstanding nurse and well-loved by local medical staff and the broader Mexico community.

## Zach Simpson
*Chief Legal Officer*

Zach has worked with healthcare entities for over a decade, including imaging centers, surgery centers, chiropractic offices, orthopedic practices, physical therapy practices, pharmacies, long-term care facilities, and insurance companies. He currently serves as counsel for many healthcare entities. In the past year, he has handled 35+ M&A transactions, acquired HUD financing for over 20 buildings, and helped dismiss several class action settlements.

## Pat Klinger
*Chief People Officer*

Pat has worked in the healthcare industry for over 25 years and brings his unique expertise in recruiting top-notch talent to Ziva's hospital projects in Mexico and Fulton. He started in the Orthopedic industry, serving in sales and management roles. He also has experience in the spine healthcare industry.



**Team**

# Management Team









## Craig Schierer
### *Director of Plant Operations*

As Director of Plant Operations, Craig will direct the operations, maintenance, and repair of the two hospital plants and grounds. He has already played a critical role in getting the facilities in Mexico and Fulton ready for operation, having managed the removal of vandalism and repairing burst water pipes that were left unprotected and caused flooding throughout the Mexico building. Craig is certified in hydraulics, diesel mechanics, and welding. He is also a Volunteer Fire Chief and EMT I.

## Mitchell Dinn
### *Director of Security & Environmental Services*

Mitchell has served in the US Army and is an Infantry Combat Veteran. As Director of Security & Environmental Services, he will establish and maintain policies that protect staff, patients, and visitors at both hospital locations and ensure the security of the hospital's property and assets. He will also help oversee the recruitment process for security guards and housekeepers.

## Rivka Levy
### *Director of Revenue Cycle*

An efficiency streamliner with more than two decades of experience as a data analyst, Rivka will oversee the tracking and analysis of patients' revenue received during their care process and the compiling and integration of ZivaMedical's data to help the organization make data-driven healthcare and administrative decisions.

## Moshe Plotnik
### *Director of Special Projects*

Moshe has more than a decade of experience working in and overseeing hospital plant operations, primarily long-term care operations. He will help develop and manage the preventative maintenance procedures and life safety documentation across the ZivaMedical facilities.



**Team**

# Consulting Team









## David Schulte
*Hospital Plant Consultant*

David was the director of the physical plant at the Audrain hospital for many years. He remains dedicated to the physical plant and will contribute his skillset and knowledge of the plant facilities and mechanicals to the ZivaMedical hospital project. In his current role as a consultant, David has already been instrumental in reviving the infrastructure from rooftop to basement for the ZivaMedical team.

## Kerri Carr
*Radiology Consultant*

Kerri is a certified Mammography and X-ray technician who has worked in radiology for nearly three decades. She currently serves as Imaging Director at Crossroads Community Hospital, and her professional mission is to help give patients quality examinations in all radiology modalities.

## Callie Wilburn
*Marketing Consultant*

Callie hails from Mexico, Missouri, and has worked in marketing for more than two decades, including with two of the largest nonprofits in the nation. In addition to her keen eye for design, she brings her strong ties to and knowledge of the Mexico community to this project.

## Patrick Newman
*Materials Management Consultant*

Hailing from Mexico, Missouri, Patrick has a Master's Degree in Healthcare Management and more than four decades of experience working in the healthcare industry. He will consult with the ZivaMedical team on strategic planning, personnel management, equipment maintenance, and budget.



**Team**

# Ownership Team







### Kalman Groner

**a software company founder & CEO with a talent for identifying growth opportunities and a track record of driving tech-fueled success at healthcare, manufacturing, and insurance firms**

### Gary Greenstein

**a corporate attorney and team builder with experience on Wall Street and who serves as an advisor, board member, and investor at several healthcare and technology startups**

### Zevi Reisman

**a skilled fundraiser and investment syndicator with experience managing donor relationships at several non-profits and a knack for discovering new ways to enrich communities**

**More than $2 million has been invested by the owners towards engaging medical and technical service providers, building and equipment repair, preventative maintenance, architectural and engineering fees, utility payments, legal fees, and other related expenses.**



# Community Support

"I would like to convey how excited and supportive the residents of Audrain County and the surrounding area are that Ziva is considering reopening a hospital here in Mexico. **We're so excited to see this happen. When the hospital closed its doors, the impact on this community was devastating.** The limited amount of doctors ... the lack of specialists ... not having an ER ... The loss of great care we had become used to is now gone and sorely missed."

## Dave Null

**"We need a hospital in Mexico** to address the critical care demands in our rural community. Not only would the hospital serve Mexico, but other rural communities nearby. We have a large industrial park within our city, and they are also in need of medical care for their employees."

## Eddie L. Sydenstricker

**"Thank you from me and my family for ZivaMedical's efforts** to return high-quality local health care to Mexico and the surrounding community. My family and I will be proud to work with your team and take part in all the services this venture will provide."

## Jacob and Dawn Shellabarger



# Community Support

"As, a shareholder in a law firm located in Mexico, a resident of Mexico since 2003, and the spouse of an occupational therapist previously employed at the hospital here in Mexico, **I'm very appreciative of ZivaMedical's interest in and efforts to return community hospital services to our area.** Thank you for your efforts to return local medical services to this community."

## Randy J. Owings

"While doing hardscaping in my yard, my elderly mother (who is on blood thinners) cut her forearm badly enough and couldn't get it to stop bleeding. No ambulances were available in the area finding out that they were all out on transport. Firefighters responded and applied a pressure dressing. **It was so scary trying to get my mother to the hospital because we don't have a Hospital in Fulton anymore."**

## Emma Leighton



# Community Support

"I worked in the emergency room the hospital in Fulton. Prior to its closing, I had a gentleman code within minutes of me placing him in the ER bed. He had to be shocked back to life several times, but we got him back, stabilized, and transferred. **He wouldn't have lived if they attempted a trip directly to Columbia."**

## Amy Swan, RN

"I was born in the Mexico hospital in 1945. My child was born there, and all of our family medical services have started there. I believe in our hospital ... and **I want to continue to depend on our local doctors and nurses, and administrators** to always receive my medical services here."

## Jim Dye

"The citizens of Audrain County and surrounding counties are greatly missing our emergency room and hospital facility ... There are times when individuals need immediate stabilization before being transferred to a larger facility. This occurred in my family, where my Dad was stabilized before transferring to Boone in Columbia ... **Please take steps to help us have a wonderful facility again."**

## Jim & Mila Lowry



# Community Support

"I have acquaintances who drive to from Mexico to Columbia, a forty-minute drive, and wait 6-8 hours to be treated in the ER. That sounds like a third-world experience. My wife is very uncomfortable driving on the highway, and if I were hospitalized in Columbia or Jefferson City, she would have to get someone to drive her there. There is a definite need for a hospital in Mexico."

## Mark Stuart

"I'm extremely thankful as a citizen of Mexico to see the Ziva Medical project group spend large sums of capital money to help bring our former regional hospital & services back ... God bless the Ziva Medical project staff in their ongoing challenges and success for the future of Northeast Missouri health care."

## Mark Schnake



# Community Support

"**A hospital in our town is not a luxury, it is a necessity** ... Several months ago, my father suffered a heart attack at home in the middle of the night ... By the grace of God, he survived ... But the story could have easily ended in tragedy. I urge you to do whatever is in your power to help make a hospital in Mexico possible."

## Callie Wilburn

"Without an emergency room and beds, people will not move to Mexico, and some people are thinking about moving away for better medical service. The Missouri Military Academy parents are concerned and discouraged about sending their children to Mexico. **The concern for medical service in Mexico is a life and death emergency situation."**

## Ben Steinman

"As a lifelong resident of Mexico, I compliment Ziva for its efforts to rejuvenate and support a community hospital that can support all of Audrain County and surrounding areas … **The local availability of services can be a life-saving matter,** and I'm sure our community will support a local hospital in all the services it can provide."

## Lewis E. Melahn



# Community Support

"I'm writing to let you know that **we look forward to having a local hospital again.** My wife and I will take advantage of the facilities when they become available. Thanks for your efforts."

## Floyd Hansett

"As Ziva moves forward with the hospital project, **I just want to say how important it is to the citizens of Mexico that we have a hospital.** The citizens need it, but I am also the owner of a manufacturing plant, and I need the services to keep my employees safe in case of an accident or illness."

## Chris Miller

"I have been admitted as an inpatient to the Fulton hospital when I was really sick as a child, taken my mother there at 14 when she had an ATV accident and needed stitches, taken my father there when [he had a heart attack] ... A lot of the community holds off on simple routine medical care and just waits till it gets "bad enough" because they don't want to be a burden or inconvenience, and larger communities like Columbia and Jefferson City ER's and after hours care are so busy that they just stay home. **People from this community will tell you that they need the services that the hospital provides."**

## James Gusewelle



# Community Support

"I'm writing this memo to express gratitude for the exceptional efforts made by ZivaMedical in restoring our rural hospital. We cannot thank you enough for your unwavering commitment and dedication in revitalizing our local healthcare facility. **The closure of our hospital had a profound impact on our community, leaving us without immediate access to vital healthcare services** ... However, your organization recognized the need and took it upon yourselves to make a difference in our community. Throughout the restoration process, ZivaMedical has consistently demonstrated a strong sense of responsibility and compassion towards our rural population. Your tireless efforts to address the complex logistical, financial, and administrative aspects of reopening the hospital have not gone unnoticed. The challenges you have faced and overcome are a testament to your dedication and perseverance ... **The revival of our hospital will bring immeasurable benefits, not only in terms of improved healthcare accessibility but also by boosting the local economy and instilling a renewed sense of hope and security within our community** ... We eagerly anticipate the day when our hospital doors reopen and healthcare services are once again readily available to all those in need."

## Judy Cordie



